Mary Elizabeth CIGAINERO *v.* STATE of Arkansas

RC 91-61                                    821 S.W.2d 49

Supreme Court of Arkansas
Opinion delivered January 21, 1992

*Damon Young*, for appellant.

*Winston Bryant*, Att'y Gen., by: *Sandy Moll*, Asst. Att'y Gen., for appellee.

PER CURIAM. Appellant, Mary Elizabeth Cigainero, by her attorney, has filed for a rule on the clerk.

Her attorney, Damon Young, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.